IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANGELA NAILS,

        Plaintiff,

v.

STEVEN C. BURKE,

        Defendant.

No. 3:15-cv-1034-JE

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Jelderks issued a Findings and Recommendation [18] on January 27, 2016, in which he recommends that this Court dismiss Plaintiff's claims with prejudice for lack of subject matter jurisdiction, failure to meet the threshold for diversity jurisdiction, and failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 8(a). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v.

1 – ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks' Findings & Recommendation [18]. Therefore, for the reasons stated in the record, the Court dismisses Plaintiff's claims with prejudice.

IT IS SO ORDERED.

DATED this __23__ day of __February__, 2016.

_____
MARCO A. HERNÁNDEZ
United States District Judge